**07 CRM. 560**

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Criminal Part I Clerk | OFFENSE: <u>Alien Smuggling, 8 U.S.C. 1324 (a) (2) (B) (ii), a Class C felony.</u> |
| | | ORIGINAL SENTENCE: <u>Three years probation and $100.00 special assessment.</u> |
| FROM: | Katherine M. Samler<br>Sr. U.S. Probation Officer | SPEC. CONDITIONS: <u>Defendant participate in a mental health program with the details to be worked out by her probation officer. $100.00 assessment fee (satisfied); Defendant shall participate in drug aftercare treatment program, which may include testing at the direction and discretion of the probation officer (imposed on December 13, 2006).</u> |
| | | AUSA: <u>to be assigned.</u> |
| RE: | Ivette Perez<br>Docket # <u>04-116-01</u> | |

DATE OF SENTENCE:  <u>November 30, 2005</u>

DATE:   June 15, 2007

ATTACHMENTS:   PSI <u>X</u>   JUDGMENT <u>X</u>

---

### TRANSFER OF JURISDICTION

On November 30, 2005, Ivette Perez was sentenced in the Eastern District of Pennsylvania to a three (3) year term of probation, having been convicted of Alien Smuggling. The special conditions imposed were that the defendant participate in a mental health program with the details to be worked out by her probation officer. A $100.00 assessment fee was imposed (satisfied). On December 13, 2006, the conditions were modified to include drug treatment.

The Eastern District of Pennsylvania has requested that our office accept transfer of jurisdiction given the probationer's residence in our district.



Perez, Ivette
Dkt. No.: 04 CR 116-01

-2-

Attached are two signed copies of Probation Form 22 ordering the transfer of jurisdiction of the above-named offender to the Southern District of New York. We are requesting that the Probation Form 22(s) be endorsed and returned to our office.

                        Very truly yours,

                        Chris J. Stanton
                        Chief U.S. Probation Officer

                        Katherine M. Samler
                        Sr. U.S. Probation Officer

Jennifer D. Washington   Date   6/15/07
Supervising U.S. Probation Officer